UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL ANTWON HOWARD,

        Plaintiff,

v.                          Case No. 3:10-cv-81-J-32TEM

JACQUEZ MEMNON, et al.,

        Defendants.

## ORDER

Plaintiff's Motion for Service of Process by U. S. Marshal (Doc. #8) is **DENIED** because Plaintiff has paid the $350.00 filing fee in this case and is not proceeding *in forma pauperis*; therefore, he is responsible for service of process upon the Defendants.  However, if Plaintiff desires to proceed as a pauper at this stage of the proceeding, he may complete and file the **enclosed** Affidavit of Indigency form.  If Plaintiff does so, and the Court determines that Plaintiff may proceed as a pauper, the Court will direct the U. S. Marshal to serve the Complaint.

**DONE AND ORDERED** at Jacksonville, Florida, this 6th day of July, 2010.

*Thomas E. Morris*
THOMAS E. MORRIS
United States Magistrate Judge

ps 6/28
c:
Michael Antwon Howard